Argued December 18, affirmed December 18, 1972

# STATE OF OREGON, *Respondent, v.* JOSEPH PERCY (No. C-70-11-0614 Cr), *Appellant.*

503 P2d 1257

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.